IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOWNTOWN CAPITAL PARTNERS LLC, | ) ) ) | |
| Plaintiff, | ) | Civil Action No. 13-CV-7738 |
| v. | ) ) | |
| QUARANT 4 SYSTEMS CORPORATION, DHRU DESAI, and NANDU THONDAVADI, | ) ) ) ) | Honorable Gary S. Feinerman |
| Defendants. | ) ) | |

## NOTICE OF MOTION

Please take notice that on **Tuesday, December 3, 2013 at 9:00 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Gary S. Feinerman, United States District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago Illinois, and present the **AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER AS TO CONFIDENTIAL BUSINESS AND PERSONALLY IDENTIFIABLE INFORMATION,** a copy of which is hereby served upon you

Dated: November 26, 2013                              QUANDRANT 4 SYSTEMS, et al.


                                                                                                       By:      s/ Matthew C. Luzadder
                                                                                                           One of Their Attorneys

Matthew C. Luzadder (ARDC No. 6283424)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive – Ste. 2600
Chicago, Illinois  60606
(312) 857-7070

*Attorney for Quadrant 4 Systems, et al.*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby deposes and states that he caused the foregoing Motion to be electronically filed with the Clerk of the Court on November 26, 2013, using the ECF system, and served on all parties via the ECF system, pursuant to LR 5.9, as to Filing Users identified below.

> VIVEK JAYARAM, ESQ
> Jayaram Law Group, Ltd.
> 33 N. LaSalle Street, Suite 2900
> Chicago, Illinois 60602

/s/ Matthew C. Luzadder
Matthew C. Luzadder