UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DOWNTOWN CAPITAL PARTNERS LLC, )<br>)<br>Plaintiff, )<br>)<br>)<br>QUADRANT 4 SYSTEMS CORPORATION, )<br>DHRU DESAI and NANDU THONDAVADI )<br>)<br>)<br>)<br>Defendants. )<br>_____) | Case No. 13-cv-7738<br>Honorable Gary S. Feinerman |

## DOWNTOWN'S NOTICE OF MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM QUADRANT 4 SYSTEMS CORPORATION, NANDU THONDAVADI, AND DHRU DESAI

PLEASE TAKE NOTICE that on Thursday, December 12, 2013, at 9:00am, I shall appear before the Honorable Gary S. Feinerman in Room 2125 of the United States Courthouse, 219 S. Dearborn Street in Chicago, Illinois, and then and there present Downtown Capital Partners, LLC's motion to compel the production of documents, a copy of which has been filed using the Court's CM/ECF electronic filing system.

Respectfully Submitted,

/s/Vivek Jayaram, Esq.
Jayaram Law Group, Ltd.
33 N. LaSalle Street Suite 2900
Chicago, Illinois 60602
Tel: (312) 454-2859
Email: vivek@jayaramlaw.com

1